UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-CR-78 |
| v. ) | |
| ) | **SEALED** |
| JANET WELCH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned case is related to <u>United States v. Judd</u>, No. 3:13-CR-58. The Court finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties. Therefore, the cases are related. <u>See</u> E.D. Tenn. L.R. 3.2(d)(3)(A)(1).

Because the first of these cases was assigned to District Judge Amul R. Thapar and Magistrate Judge H. Bruce Guyton, this case will also be assigned to District Judge Amul R. Thapar and Magistrate Judge H. Bruce Guyton.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge