# CRIMINAL CASE COVER SHEET — U.S. ATTORNEY'S OFFICE

Defendant Name: __JANET WELCH__

Place of Offense (City & County): __Knoxville, Knox County, Tennessee__

Juvenile: Yes ____ No _x_     **Matter to be Sealed:** Yes _x_  No ____

Interpreter: No _x_ Yes ____  Language: ____

Total # of Counts: ____ Petty ____ Misdemeanor (Class) ____ _x_ Felony

| | **ORIGINAL INFORMATION** U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. § 371: conspiracy to commit an offense against the United States, namely mail fraud | 1 |

| | **SUPERSEDING INFORMATION** U.S.C. Citation(s) and Description of Offense Charged | New count? Y or N | New Count # | Old Count # (if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): __N/A__   before Judge ____

Criminal Complaint Filed: No _x_ Yes ____ Case No. ____

Defendant on Supervised Release: Yes ____ No _x_

Violation Warrant Issued? No ____ Yes ____ Case No. ____

**Related Case(s):**

| Case Number | Defendant's attorney | How related |
|---|---|---|
| 3:13-CR-58 | Norman D. McKellar | coconspirator |
| 3:13-CR-63 | Edward M. Yarbrough | coconspirator |
| 3:13-CR-68 | James F. Logan, Jr. | coconspirator |
| 3:13-CR-69 | Marcos M. Garza | coconspirator |
| 3:13-CR-70 | Edward G. Warin and Edward M. Fox | coconspirator |

**Note:** 3:13-CR-58, 3:13-CR-63, 3:13-CR-68, 3:13-CR-69, 3:13-CR-70 are assigned to Judges Thapar and Guyton

**Criminal Informations:**

Pending criminal case:   No  x    Yes ____   Case No. _____

New Separate Case    Yes     Supersedes Pending Case _____

Name of defendant's attorneys:   Robert R. Kurtz

**Defense Attorney's Contact Information:**

Robert R. Kurtz
Stanley & Kurtz, PLLC
422 South Gay Street
Ste. 301
Knoxville, Tennessee 37902

Tel: (865) 522-9942
Fax: (865) 522-9945

E-mail: rrkurtz@gmail.com

Retained:  x     Appointed: _____

Date: 7/9/13     Signature of AUSA:  _/s/ Francis M. Hamilton III_
Francis M. Hamilton III
David P. Lewen, Jr.
Assistant United States Attorney